IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK J. WASICKANIN,  :
     Plaintiff
                                     :

     vs.  :  CIVIL NO. 1:CV-06-1615

MICHAEL J. ASTRUE,  :  (Judge Caldwell)
Commissioner of Social
Security,  :  (Magistrate Judge Blewitt)
     Defendant

## O R D E R

AND NOW, this 5th day of June, 2007, upon consideration of the report (doc. 11) of Magistrate Judge Blewitt, filed May 9, 2007, to which no objections have been filed, and upon independent review of the record, it is ordered that the report of the Magistrate Judge is accepted and approved.

Pursuant to Judge Blewitt's recommendation, it is Ordered that the Plaintiff's appeal of the Administrative Law Judge's decision on April 7, 2006, is denied.

The Clerk of Court shall close this file.

                                               /s/William W. Caldwell
                                               William W. Caldwell
                                               United States District Judge